# JOHN RUE & ASSOCIATES, LLC
37 MAIN STREET
SPARTA, NJ 07871

John D. Rue
Krista L. Haley
Donald A. Soutar

—

Saran Q. Edwards
Lisa M. Quartarolo

—

Jonathan S. Corchnoy[*]
Wayne Pollock[*]
Jeffery I. Wasserman[*]

(862) 283-3155 (main)
(973) 860-0869 (facsimile)

January 13, 2020

***VIA ECF***
Honorable Douglas E. Arpert, U.S.M.J.
United Stated District Court for the
   District of New Jersey
402 East State Street
Trenton, NJ  08608

    **RE:**   ***J.G. o/b/o K.C. v. Hackettstown Public School district, et al.***
            **Civil Action No. 3:18-cv-2365**

Dear Judge Arpert:

This firm represents plaintiff J.G. o/b/o K.C. in this matter.  We are pleased to advise the Court that the parties have reached tentative terms of settlement.  More specifically, the parties executed a term sheet at their recent mediation, and the Board of Education for defendant Hackettstown Public School District approved the term sheet at its meeting last week.  The parties are still in the process of reducing the term sheet to a final written settlement agreement, but hope to be in a position to dismiss this matter in the near future.

As a result of this tentative settlement, we respectfully request that the Court adjourn the status call, which was recently rescheduled for 9:30 this morning.  We apologize for the late notice of this potential settlement and any inconvenience it may have caused.

Respectfully submitted,

Donald A. Soutar
cc:    Rita Barone, Esq. (*via ECF*)

---

*Bene facere bonum ~ Doing well by doing good*

    *    Of-Counsel to the Firm