# JOHN RUE & ASSOCIATES, LLC

A PRIVATE PUBLIC INTEREST LAW FIRM
694 RT 15 SOUTH, STE 206
LAKE HOPATCONG, NJ 07849

(862) 283-3155 (main)
(973) 860-0869 (facsimile)

John D. Rue[†]

—

Krista L. Haley
Donald A. Soutar[§]

—

Lisa M. Quartarolo
Saran Q. Edwards
Kenneth R. Walk

—

Jonathan S. Corchnoy[*⊗§]
Carolina T. Curbelo[*]
Lynne D. Feldman[*]
Wayne Pollock[*§]
Jeffrey I. Wasserman[*†]

March 24, 2020

*VIA ECF and Regular Mail*
Honorable Peter G. Sheridan, U.S.D.J.
United Stated District Court for the
   District of New Jersey
402 East State Street
Trenton, NJ  08608

    RE:   *J.G. o/b/o K.C. v. Hackettstown Public School District, et al.*
             Civil Action No. 3:18-cv-2365

Dear Judge Sheridan:

This firm represents plaintiff J.G. o/b/o K.C. in this matter.  We are pleased to advise the Court that the parties have settled this matter.  Accordingly, we submit for Your Honor's consideration a proposed form of Stipulation and Order of Voluntary Dismissal, which has been signed on behalf of the parties.  If the enclosed is acceptable to Your Honor, we respectfully request that you sign and enter the Order on the Court's Docket.

Respectfully submitted,

Donald A. Soutar

cc:    Rita Barone, Esq. (*via ECF*)

*Bene facere bonum ~ Doing well by doing good*

[*]  Of-Counsel to the Firm
[⊗]  Licensed in Florida as well as New Jersey
[€]  Licensed in New York only

[§]  Licensed in Pennsylvania as well as New Jersey
[†]  Licensed in New York as well as New Jersey